Kristin McDonald, Esq. (027082)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
Phone (877) 369-6122
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Movant,
Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 2:13-bk-02159-DPC |
| Stephen A Kohner, | Chapter 7 |
| Debtor. | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Wells Fargo Bank, N.A., | |
| Movant, | Re: Real Property Located at 41729 North Moss Springs Ct Anthem, AZ 85086 |
| v. | |
| Stephen A Kohner, Debtor; Lother Goernitz, Chapter 7 Trustee, | |
| Respondents. | |

    Wells Fargo Bank, N.A. ("Movant"), by and through its undersigned attorney, moves for termination of all stays and injunctions, pursuant to 11 U.S.C. §§ 362(d) and 105, Federal Rules of Bankruptcy Procedure 4001 and 9014 and Local Rule of Bankruptcy Procedure 4001,

File No. AZ-18-146141     1     Case No. 2:13-bk-02159-DPC
Motion For Relief From Automatic Stay
Case 2:13-bk-02159-DPC   Doc 217   Filed 06/27/18   Entered 06/27/18 10:31:25   Desc
Main Document     Page 1 of 10

regarding the real property generally described as 41729 North Moss Springs Ct, Anthem, AZ 85086 ("Property").

The relief requested in this Motion is proper for all of the reasons set forth in the Memorandum of Points and Authorities attached hereto and incorporated herein by this reference.

DATED: June 27, 2018

**McCARTHY & HOLTHUS, LLP**

By: /s/ Kristin McDonald
    Kristin McDonald, Esq.
    8502 E. Via de Ventura, Suite 200
    Scottsdale, AZ 85258
    Attorneys for Movant

# **MEMORANDUM OF POINTS AND AUTHORITIES**

1. On or about 02/19/2013, an Involuntary Petition under Chapter 7 of the Bankruptcy Code was filed. Pursuant to 11 U.S.C. § 362, the Petition stays the commencement or continuation of any proceedings against the Debtor or any act to obtain possession of any property of the Debtor or to enforce any lien against any property of the Debtor.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1334. The filing of this Motion commences a contested matter within the meaning of Bankruptcy Rule 9014.

3. On or about 06/16/2000, World Savings Bank, FSB, a Federal Savings Bank entered into a contract with Stephen A. Kohner and Patricia L. Kohner wherein Debtor agreed to pay the amount of $1,299.27, or more, on or before the fifteenth day of every month, beginning on or about 08/15/2000. The obligation is evidenced by a Note and secured by a Deed of Trust. **See Exhibit "C" and Exhibit "A"** respectively. The note is an imaged file copy of the promissory note made at/near the time of loan origination.

4. The Deed of Trust was timely and duly recorded and perfected in accordance with ARIZONA law as Instrument No. 00-0465328 in the office of the Maricopa County Recorder.

5. Wells Fargo Bank, N.A. is now the holder of the Note that is Secured by the Deed of Trust and is the real party in interest. A copy of the Merger Documents are attached hereto as **Exhibit "B"**.

6. The original principal amount of the Note was $216,706.00, plus interest, costs and attorneys' fees for collection. Currently, the monthly payment pursuant to the Note would be $1,519.08.

7. The Debtor has failed to make monthly payments, beginning with the month of 06/15/2015, and all subsequent payments, costs, attorneys' fees, interest and accruing late charges. Debtor has been in default for 36 months.

8. As of 06/12/2018, the amount required to fully reinstate the Debtor's loan is approximately $53,227.15, itemized as follows:

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 159,720.01 |
| Accrued Interest as of 06/12/2018: | $ | 17,110.07 |
| Escrow Advances as of 06/12/2018: | $ | 12,188.28 |
| DELINQUENCIES: | | |
| Monthly Payments: 2 at $1,442.38 (06/15/2015 through 07/15/2015) | $ | 2,884.76 |
| Monthly Payments: 1 at $1,424.77 (08/15/2015 through 08/15/2015) | $ | 1,424.77 |
| Monthly Payments: 5 at $1,450.41 (09/15/2015 through 01/15/2016) | $ | 7,252.05 |
| Monthly Payments: 6 at $1,461.18 (02/15/2016 through 07/15/2016) | $ | 8,767.08 |
| Monthly Payments: 6 at $1,436.37 (08/15/2016 through 01/15/2017) | $ | 8,618.22 |
| Monthly Payments: 6 at $1,527.94 (02/15/2017 through 07/15/2017) | $ | 9,167.64 |
| Monthly Payments: 6 at $1,520.85 (08/15/2017 through 01/15/2018) | $ | 9,125.10 |
| Monthly Payments: 4 at $1,519.08 (02/15/2018 through 05/15/2018) | $ | 6,076.32 |
| Suspense: | $ | (88.79) |
| Total Delinquencies: | $ | 53,227.15 |
| Total Amount Due to Secured Creditor: | $ | 188,929.57 |

9. The next scheduled monthly payment of $1,519.08 is due 06/15/2018, and continuing each month thereafter. However, this amount may be subject to change pursuant to the terms of the applicable loan documents.

10. As of 06/12/2018, the approximate total amount owing on the Note secured by the Deed of Trust is $188,929.57.

11. Movant has performed all of its obligations required under the Note and Deed of Trust, and all conditions precedent to the Debtors' performance there under have occurred.

**MOVANT IS NOT ADEQUATELY PROTECTED**

12. Movant is not adequately protected. Movant is not receiving regular monthly payments from the Debtor, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Movant pursuant to 11 U.S.C. § 362(d)(1).

13. No foreclosure action has been commenced as of this date against the property.

14. Movant sent notice as required by Local Rule 4001-1(b).

15. Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or assignee of the mortgage or deed of trust.

**CONCLUSION**

1. Movant's claim is in default and unpaid by the Debtor.
2. Movant's only form of redress is to look to the secured property.
3. This property is not required for any reorganization.
4. Movant is not adequately protected.

**REQUEST FOR RELIEF**

WHEREFORE, Movant requests that the Court enter its Order granting the following relief:

A. Terminating all stays and injunctions including, but not limited to, the automatic stays under Bankruptcy Code § 362(a)(2) and 105 with respect to the property which is described herein as to the Movant only;

B. That Movant may offer loss mitigation alternatives to the Debtor by telephone and/or written correspondence;

C. For Movant's reasonable attorneys' fees and costs and interest herein incurred and expended; and

D. For such other and further relief as the Court deems just and equitable.

DATED: June 27, 2018

**McCARTHY & HOLTHUS, LLP**

By: /s/ Kristin McDonald
Kristin McDonald, Esq.
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
Attorneys for Movant

On 6/26/2018, I served the foregoing documents described as **MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTOR
JOHN J. HEBERT
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd.
4th Floor
Scottsdale, AZ 85251-3693

WESLEY DENTON RAY
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd.
4th Floor
Scottsdale, AZ 85251-3693

PHILIP R. RUDD
SACKS TIERNEY P.A
4250 N. Drinkwater Blvd.
4th Floor
Scottsdale, AZ 85251-3693

DEBTOR
Stephen A Kohner
41729 N Moss Springs Ct
Anthem, AZ 85086

CO-BORROWER
Patricia L. Kohner
41729 North Moss Springs Ct
Anthem, AZ 85086

TRUSTEE
Lother Goernitz
P.O. Box 32961
Phoenix, AZ 85064

TRUSTEE COUNSEL
Michael P. Lane
Lane & Nach, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85004

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. First Ave, #204
Phoenix, AZ 85003-1706

ANDREW J RUSSELL
KUTAK ROCK, LLP
8601 N. SCOTTSDALE ROAD #300
SCOTTSDALE, AZ 85253

SPECIAL NOTICE
BRYAN A. ALBUE
SHERMAN & HOWARD
201 East Washington Street, Suite 800
PHOENIX, AZ 85004-2327

JOSEPH WM. KRUCHEK
KUTAK ROCK LLP
8601 N. SCOTTSDALE ROAD
SUITE 300
SCOTTSDALE, AZ 85253

JOSHUA T GREER
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012

KEITH L. HENDRICKS
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85004

Cochran Law Firm, P.C.
Attn: Jerry L. Cochran
2929 E. Camelback Rd., Suite 118
Phoenix, AZ 85016

| | |
|---|---|
| 1 | Pite Duncan, LLP |
| 2 | Attn: Managing Agent |
|   | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
|   | San Diego, CA 92177 |
| 4 | |
| 5 | RES-AZ HP 160, LLC, Petitioning Creditor |
|   | c/o Kutak Rock, LLP |
| 6 | 8601 N. Scottsdale Road |
|   | Suite 300 |
| 7 | Scottsdale, AZ 85253 |
| 8 | |
|   | Tiffany & Bosco, P.A. |
| 9 | 2525 E. Camelback Rd., Suite 300 |
|   | Phoenix, AZ 85016-9240 |
| 10 | |
| 11 | Citno Loan LLC, Petitioning Creditor |
|    | c/o Moyes Sellers & Hendricks |
| 12 | 1850 N. Central Avenue |
|    | Suite 1100 |
| 13 | Phoenix, AZ 85004 |
| 14 | |
|    | Carpenter, Hazlewood, Delgado & Bolen, PLC |
| 15 | 1400 E. Southern Ave., Suite 400 |
|    | Tempe, AZ 85282 |
| 16 | |
| 17 | Bonnett, Fairbourn, Friedman & Balint, P.C. |
|    | 2325 E. Camelback Rd., #300 |
| 18 | Phoenix, AZ 85016 |
| 19 | |
|    | Polsinelli Shughart |
| 20 | One E. Washington St. Ste 1200 |
|    | Phoenix, AZ 85004-2568 |
| 21 | |
| 22 | LAW OFFICE OF JAMES F. KAHN, P.C. |
|    | 301 E. Bethany Home Rd., Suite C-195 |
| 23 | Phoenix, AZ 85012-1266 |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |
| 29 | /// |

1 | Nocit Loan LLC, Petitioning Creditor
2 | c/o Moyes Sellers & Hendricks
3 | 1850 N. Central Avenue
  | Suite 1100
4 | Phoenix, AZ 85004

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh