Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Defendants Stephen A. Kohner
and Patricia L. Kohner*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STEPHEN A. KOHNER,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:13-bk-02159-DPC<br>Case No. 2:13-bk-02161-DPC<br><br>Joint Administration Under<br>Case No. 2:13-bk-02159-DPC |
| WELLS FARGO BANK, N.A.,<br><br>Movant,<br><br>v.<br><br>STEPHEN A. KOHNER, Debtor; LOTHAR GOERNITZ, Chapter 7 Trustee,<br><br>Respondents. | **RESPONSE AND OBJECTION TO WELLS FARGO'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Debtor, Stephen A. Kohner ("**Debtor**"), by and through undersigned counsel, hereby submits his response and objection to Wells Fargo Bank, N.A.'s *Motion for Relief from Automatic Stay* ("**Motion for Stay Relief**"), and respectfully requests that the Court deny the Motion for Stay Relief. In support of this response, the Debtor states as follows:

The Motion for Stay Relief relates to the Debtor's residence. Upon information and belief, there is substantial equity in the residence over and above Wells Fargo's lien that provides adequate protection to Wells Fargo. Indeed, Wells Fargo has not made any allegations concerning the value of the residence or that its secured claim is not adequately protected by the equity in the residence.

Moreover, the Debtor and his counsel have attempted to contact Wells Fargo's

delinquent mortgage division to discuss a resolution of the asserted delinquent payments but have been unable to speak to an authorized representative about such a resolution. The Debtor desires to retain his residence and is amenable to working out an acceptable payment plan with Wells Fargo.

In any event, because Wells Fargo is adequately protected by the equity in the residence, the Debtor requests that the Court deny the Motion for Stay Relief.

DATED: July 13, 2018.

SACKS TIERNEY P.A.

By: */s/ Philip R. Rudd*
Philip R. Rudd
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-2600
*Attorneys for Debtors*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on July 13, 2018, to:

Kristin McDonald *
bknotice@mccarthyholthus.com
MCCARTHY & HOLTHUS, LLP
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
*Attorneys for Wells Fargo Bank, N.A.*

Lothar Goernitz
P.O. Box 32961
Phoenix, AZ 85064

By: */s/ Samanta Rivera*