| | |
|---|---|
| 1 | Kristin McDonald, Esq. SBN 027082 |
| 2 | **McCARTHY & HOLTHUS, LLP** |
| | 8502 E. Via De Ventura, Suite 200 |
| 3 | Scottsdale, AZ 85258 |
| | Phone (480) 302-4250 |
| 4 | Fax (480) 302-4101 |
| 5 | bknotice@mccarthyholthus.com |
| 6 | Attorneys for Wells Fargo Bank, N.A. |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:13-bk-02159-DPC |
| Stephen A Kohner, | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | **STIPULATION TO CONTINUE HEARING ON WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF** |
| Wells Fargo Bank, N.A, | ) | |
| Movant | ) | |
| v. | ) | |
| Stephen A Kohner Debtor; and Lothar Goernitz, Chapter 7 Trustee, | ) | |
| Respondents. | ) | |

1

File No. AZ-18-146141

Case No. 2:13-bk-02159-DPC
Stipulation to Continue Hearing

Stephen A Kohner ("Debtor"), by and through his undersigned attorney, and Wells Fargo Bank, N.A., ("Movants") by and through its attorneys undersigned, hereby agree and stipulate that the hearing currently set for Monday, November 19, 2018 at 10:00AM on the Movants' Motion For Relief from Stay, in the above-referenced adversary proceeding shall be continued. The parties are requesting a 60 day continuance of Monday's hearing. The subject loan is currently in active loss mitigation status and the parties would like additional time to attempt to resolve this matter. Therefore, Plaintiff and Defendants agree that the hearing will be continued to January 22, 2019 at 10:00 AM.

Dated: 11/19/2018   **McCARTHY & HOLTHUS, LLP**

by /s/ Kristin McDonald
Kristin McDonald, Esq.
Attorney For Defendants

Dated: 11/19/2018   **SacksTierney P.A.**

by /s/ Philip R. Rudd (with permission)
Philip R. Rudd
Attorney For Debtor

2

File No. AZ-18-146141                                Case No. 2:13-bk-02159-DPC
                                                     Stipulation to Continue Hearing
Case 2:13-bk-02159-DPC   Doc 230   Filed 11/19/18   Entered 11/19/18 12:32:57   Desc
Main Document    Page 2 of 2